■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY EASON, Appellant. [865 NYS2d 588]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed June 6, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Santucci, Angiolillo and Eng, JJ., concur.